UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-23045-BLOOM/Torres

EDUARDO LIERMO,

      Plaintiff,

v.

NATIONAL CASUALTY COMPANY,

      Defendant.

_____/

ORDER AMENDING SCHEDULING ORDER
AND CERTAIN PRETRIAL DEADLINES

THIS CAUSE is before the Court upon Plaintiff's Unopposd Motion for Amendment of Pretrial Deadlines, ECF No. [49] ("Motion"), filed on May 24, 2024. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is ORDERED AND ADJUDGED that the Motion, ECF No. [49], is GRANTED, and the Scheduling Order, ECF No. [16], is AMENDED as follows:

This case is set for trial during the Court's two-week trial calendar beginning on November 18, 2024, at 9:00 a.m. Calendar call will be held at 1:45 p.m. on Tuesday, November 12, 2024. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128. The parties shall adhere to the following schedule:

| | |
|---|---|
| **June 27, 2024** | Parties disclose experts and exchange expert witness summaries or reports. |

Case No. 23-cv-23045-BLOOM/Torres

**July 11, 2024**        Parties exchange rebuttal expert witness summaries or reports.

**July 25, 2024**        All discovery, including expert discovery, is completed.

**August 19, 2024**      All dispositive pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed. This deadline does not include motions *in limine* but **includes all other pre-trial motions.**

**November 4, 2024**     Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), a joint summary of the parties' motion(s) *in limine*, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable.

   **DONE AND ORDERED** in Chambers at Miami, Florida, on May 30, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record